1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

In re ZANTE, INC. et al.,                )
                                          )
9
                   Debtors.               )
                                          )
10
_____          )
                                          )
11
ZANTE, INC. et al.,                       )
                                          )        3:10-cv-00131-RCJ-RAM
12
                   Appellants,            )
                                          )        **ORDER**
13
        vs.                               )
                                          )
14
JUAN DELGADO, SR. et al.,                 )
                                          )
15
                   Appellees.             )
                                          )
_____          )
16

17          This bankruptcy appeal arises out of the allegedly erroneous prioritization of Appellees'

18   punitive damages award against Appellants.  However, the very propriety of that punitive

19   damages award is currently under consideration by the Nevada Supreme Court, Case No. 46901.

20   The Court heard the case in January of this year but has yet to issue a ruling.

21          IT IS HEREBY ORDERED that the case is STAYED for 120 days pending the ruling of the

22   Nevada Supreme Court.

23   Dated this 19th day of April, 2011.

24                                        _____
                                              ROBERT C. JONES
25                                           United States District Judge